UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
HILL COUNTRY BAKERY, LLC,

                Plaintiff(s),

      -against-

I.J. WHITE CORPORATION,

                Defendant(s).
----------------------------------------------------------------------X

ORDER

CV 11-0751 (JFB) (ETB)

      Oral argument pertaining to defendant's counsel's motion to withdraw as counsel shall be heard on May 23, 2011 at 2:00 p.m. before E. Thomas Boyle, United States Magistrate Judge, in the Long Island Federal Courthouse, Courtroom 830, Central Islip, New York.  Peter White, President of the corporate defendant, I.J. White Corporation, shall also appear on the above date.

      No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.  All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available.  In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated.  All requests for adjournments should be sent to chambers via ECF on notice to all parties.

      Defendant's counsel is directed to serve a copy of this Order upon counsel for all parties appearing in this case.

**SO ORDERED:**

Dated: Central Islip, New York
       May 19, 2011

                                      /s/ E. Thomas Boyle
                                      E. THOMAS BOYLE
                                      United States Magistrate Judge