BEFORE: **E. THOMAS BOYLE**
UNITED STATES MAGISTRATE JUDGE

DATE: MAY 23, 2011
TIME: 2:00 P.M.

ASSIGNED JUDGE: **BIANCO**

DOCKET NO. **CV-11-751** CASE: **HILL COUNTRY BAKERY, LLC   V.   I.J. WHITE SYSTEMS**

**CIVIL CONFERENCE**   (FTR) 2:04 - 2:15

Initial_ Status_ Discovery___ Settlement _____ Final Pre-trial ___

Motion: ORAL ARGUMENT  (motion to be Relieved)

Automatic Discovery: Has been (____) Has Not Been (____) Completed.

APPEARANCES:   Plaintiff                             Defendant

                Jonathan Pressment            David Loh
by phone        Lamont Jefferson              Peter White (client)

* Discovery completed by _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next S/C for appearance with new Counsel conference  6/28/11 at 2:00pm by phone.

Pre-Trial Order filed by

Plaintiff _____

Defendant _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
   interrogatories by _____

So ordered. MJ Application is granted for the reasons set forth in the moving papers. Cozen & O'Connor is relieved of any further professional responsibility for the defense of this action. By agreement, Cozen & O'Connor has agreed to remain as counsel for any filings prior to the retention of new counsel. All proceedings are stayed for 30 days to afford defendant IJ White the opportunity to retain new counsel.